1

2

3

4

JS - 6

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

DEBORAH BELCHER-GEORGE,

                         Plaintiff,

12

13

                    v.

14

MICHAEL J. ASTRUE,
Commissioner of Social Security,

15

                       Defendant.

16

Case No. CV 10-2559-OP

JUDGMENT

17

      Pursuant to the Memorandum Opinion; Order of the United States

18

Magistrate Judge,

19

      IT IS ADJUDGED that Judgment be entered affirming the decision of the

20

Commissioner of Social Security, and dismissing this action with prejudice.

21

22

23

DATED:  October 25, 2010

24

HONORABLE OSWALD PARADA
United States Magistrate Judge

25

26

27

28